IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CARL EDWARD MYERS**                                                       **PLAINTIFF**

v.            Civil No. 09-2083

**ENTERPRISE RENT-A-CAR**                                   **DEFENDANT**

<u>O R D E R</u>

Now on this 1st day of October, 2009, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #6), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is **dismissed.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE